IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY E. SMITH                                          PLAINTIFF

V.                          NO. 06-CV-1113

FREDERICK L. CONDRAY, II,
AND ANNELLE CONDRAY                                     DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

On motion of counsel of record and as a settlement has been

reached between the parties, the above matter is hereby

dismissed with prejudice.

IT IS SO ORDERED.

_____
HONORABLE HARRY F. BARNES

DATE: 10/3/07

PREPARED BY:

D. Michael Huckabay, Jr., Bar #89135
Huckabay, Munson, Rowlett & Moore, P.A.
400 West Capitol Avenue, Suite 1900
Little Rock, Arkansas  72201
Ph. (501) 374-6535/FAX 374-5906
Attorney for Defendants